**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

|  |  |
|---|---|
| In re ) | Chapter 7 |
| KEVIDA TURNER, ) | Case No. 15-16646-abl |
| Debtor(s) ) |  |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Orion (UNIVERSITY MEDICAL CENTER), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Orion
    c/o Recovery Management Systems Corporation
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
December 2, 2015

                                                 By: /s/ Ramesh Singh

                                                 Ramesh Singh
                                                 c/o Recovery Management Systems Corporation
                                                 Financial Controller
                                                 25 SE 2nd Avenue, Suite 1120
                                                 Miami, FL 33131-1605
                                                 (305) 379-7674

Assignee Creditor: UNIVERSITY MEDICAL CENTER